**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s)**: 14-42  **Caption [use short title]**

**Motion for:** Admission Pro Hac Vice

ACLU v. Clapper

Set forth below precise, complete statement of relief sought:

Admission pro hac vice to allow filing of amicus brief in support of petitioner-appellant

**MOVING PARTY:** Former Members of the Church Committee and Law Professors (movant)  **OPPOSING PARTY:** Clapper

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Erwin Chemerinsky  **OPPOSING ATTORNEY:**
[name of attorney, with firm, address, phone number and e-mail]

University of California, Irvine School of Law   1 949 824 7722
401 E. Peltason Drive; Suite 1000   echemerinsky@law.uci.edu
Irvine, CA 92697

Court-Judge/Agency appealed from:

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): (Co-counsel notified opposing counsel)

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this Court?  ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Erwin Chemerinsky  **Date:** Mar. 13, 2014  Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

United States Court of Appeal for the Second Circuit

Docket Number 14-42

American Civil Liberties Union

v.

James R. Clapper

**Declaration of Erwin Chemerinsky
in Support of Motion for Admission *Pro Hac Vice***

I, Erwin Chemerinsky, state the following:

1. I am the Dean and Distinguished Professor of Law at the University of California, Irvine School of Law.

2. I am submitting an application to the Second Circuit for admission *pro hac vice*.

3. I put forth this motion because I intend to file an amicus brief in the above case in support of Plaintiffs-Appellants American Civil Liberties Union.

4. The amicus brief will be filed on behalf of former members of the Church Committee and law professors.

5. I filed a similar amicus in the same case when it was argued in the Southern District of New York.

6. I do not practice frequently in the Second Circuit.

7. I am a member of the Supreme Court Bar, the Illinois State Bar, the DC Bar, the DC Circuit Bar, the 4th, 5th, 6th, 7th, 8th, 9th and 10th Circuit Bars.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2013.

*[signature: Erwin Chemerinsky]*
Erwin Chemerinsky

Irvine, California