# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: American Civil Liberties Union v. Clapper     Docket No.: 14-42

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Cindy Cohn

Firm: Electronic Frontier Foundation

Address: 815 Eddy Street, San Francisco, CA 94109

Telephone: 415-436-9333     Fax: 415-436-9993

E-mail: cindy@eff.org

Appearance for: Experts in Computer Data and Science
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Plaintiff-Appellant ACLU )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on October 30, 2013     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Cindy Cohn

Type or Print Name: Cindy Cohn